FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JAN -4 PM 12: 00

DISTRICT OF UTAH
MAIL

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| RYAN FURNISS | BANKRUPTCY # 08-28541 |
| PAMELA FURNISS | |
| Debtor(s). | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
GE Money Bank                                $1.40
C/O Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1.40** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 29th day of December, 2009.

_____/s/_____
Steven R. Bailey, Trustee